NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-3275

JESSIE L. FLETCHER,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in
AT0752070493-I-1.

ON MOTION

## O R D E R

Jessie L. Fletcher moves without opposition for an 18-day extension of time, until July 20, 2009, to file a reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 15 2009

_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Daniel A. Perez, Esq.
David A. Harrington, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2009

JAN HORBALY
CLERK